# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# MACON DIVISION

| | |
|---|---|
| SUSAN LAKE, AKA SUSAN BISHOP, <br><br> Plaintiff, <br><br> v. <br><br> HEALTHCARE REVENUE RECOVERY GROUP, LLC, DBA ACCOUNT RESOLUTION SERVICES, <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action File No.: <br> 5:22-cv-00045-MTT |

## CERTIFICATE OF INTERESTED PERSONS

**(1)** The undersigned counsel of record for a party to this action certifies that the following is a full and complete list of all parties in this action, including any parent corporation and any publicly held corporation that owns 10% or more of the stock of a party:

- SUSAN LAKE, AKA SUSAN BISHOP, Plaintiff

- HEALTHCARE REVENUE RECOVERY GROUP, LLC, DBA ACCOUNT RESOLUTION SERVICES, Defendant

1

**(2)** The undersigned further certifies that the following is a full and complete list of all other persons, associations, firms, partnerships, or corporations having either a financial interest in or other interest that could be substantially affected by the outcome of this particular case:

N/A

**(3)** The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for the parties in this proceeding:

Matthew Berry,
mberry@mattberry.com
Telephone: (404)-235-3334
Berry & Associates
2751 Buford Highway, Suite 600
Atlanta, GA 30324
*Counsel for Plaintiff*

Respectfully submitted this 24th day of January, 2022.

**BERRY & ASSOCIATES, P.C.**
*/s/ Matthew Berry*
Matthew Berry, GA Bar No.: 055663
mberry@mattberry.com