# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# MACON DIVISION

| | |
|---|---|
| Susan Lake, ) | |
| ) | |
| Plaintiff(s), ) | Civil Action File No.: |
| ) | 5:22-cv-00045-MTT |
| v. ) | |
| ) | |
| Healthcare Revenue Recovery ) | |
| Group, Llc, Dba Account Resolution ) | |
| Services, ) | |
| ) | |
| Defendant. ) | |
| ) | |
| ) | |

## NOTICE OF SETTLEMENT

Plaintiff, Susan Lake, hereby notify the Court that a settlement of the above-referenced action has been reached with Defendant, Healthcare Revenue Recovery Group, Llc, Dba Account Resolution Services ("Healthcare Revenue"). Plaintiff and Defendant, Healthcare Revenue anticipate needing approximately 60 days to document and conclude the settlement. Plaintiff will thereafter file or otherwise move for a dismissal as to Defendant, Healthcare Revenue. Accordingly, Plaintiff

1

respectfully submits that this obviates the need for Defendant, Healthcare Revenue to make any Court required filings prior to dismissal.[1]

Respectfully submitted this 29th day of April, 2022.

**BERRY & ASSOCIATES**

*/s/ Matthew Berry*
Matthew Berry
Georgia Bar No.: 055663
matt@mattberry.com
Telephone: (404) 235-3334
2751 Buford Highway, Suite 600
Atlanta, GA 30324
*Counsel for Plaintiff*

---

[1] If, however, the settlement is not concluded within the next 60 days, Plaintiff will timely notify the Court.

## CERTIFICATE OF SERVICE

I hereby certify that on April 29, 2022, I caused the electronic filing of the foregoing document to be filed with the Clerk of the Court using the CM/ECF system, which will automatically send e-mail notifications of such filing to all attorneys of record that have appeared in this case. I also served a copy of the foregoing document on Healthcare Revenue Recovery Group, Llc, Dba Account Resolution Services, via First-Class Mail, with adequate postage affixed thereto and addressed as follows:

Ernest Kohlmyer<br>
Shepard, Smith,<br>
Kohlmyer & Hand, P.A.<br>
2300 Maitland Center Pkwy, Ste 100<br>
Maitland, Fl 32751

**BERRY & ASSOCIATES**

*/s/ Matthew Berry*
Matthew Berry
Georgia Bar No.: 055663
2751 Buford Highway, Suite 600
Atlanta, GA 30324
*Counsel for Plaintiff*